# EXHIBIT "A"

## AGREEMENT FOR THE PURCHASE AND SALE OF CORPORATE SHARES AND OTHER PURPOSES:

A) **TUQUI TUQUI DOMINICANA, S.R.L.**, a commercial corporation duly incorporated under the laws of the Dominican Republic, mercantile registry number 105671SD, national taxpayers' registry number 1-31-12805-1, domiciled at Winston Churchill Avenue, Torre Acrópolis Center, 14th Floor, Ensanche Piantini, Santo Domingo, Dominican Republic, duly represented by its managers: **MR. VÍCTOR ANTONIO CASADO SALICETTI**, a Venezuelan citizen, of legal age, the bearer of passport number 07387941, domiciled in and a resident of Santo Domingo, Dominican Republic; and **MR. SIMEÓN RAFAEL GARCÍA RODRÍGUEZ**, acting on his own behalf and in his capacity as manager of the aforementioned company, a Dominican citizen, of legal age, the bearer of identity and electoral card number 402-3623476-7, domiciled in Santo Domingo, Dominican Republic, duly represented under a power of attorney in favor of **MR. VÍCTOR ANTONIO CASADO SALICETTI** granted on the fourth (4th) day of September, two thousand and seventeen (2017), all of whom shall hereinafter be referred to as the **PARTY OF THE FIRST PART** or else by their full names;----------------------------------------------------------

And b) Mr. **JOSÉ FÉLIX CABRERA CASTILLO**, a United States citizen, a married man, the bearer of passport number 104125419, domiciled in and a resident of the United States and in transit in Santo Domingo, Dominican Republic, hereinafter referred to as the **PARTY OF THE SECOND PART** or else by his full name;----------------------------------------------------------

And c) **THE OFFICE OF THE SUPERINTENDENT OF INSURANCE OF THE DOMINICAN REPUBLIC**, created by Law 400 of the ninth (9th) day of January, nineteen hundred and sixty-nine (1969) and modified by Law 146-02 on Insurance and Finances of the Dominican Republic, duly represented by Mr. **EUCLIDES GUTIÉRREZ FÉLIX**, a Dominican citizen, of legal age, the bearer of identity and electoral card number 001-0167020-6, domiciled in and a resident of Santo Domingo, Dominican Republic, which entity is acting in its capacity as liquidator and guardian of the entity **SEGUROS CONSTITUCIÓN, S.A.**, pursuant to Resolution number 001-2017, dated the thirteenth (13th) day of November, two thousand and three (2003), which shall hereinafter be referred to by **its full name**;----------------------------------------------------------

And d) **CONSTRUCTORA SAICORP, S.R.L.**, a commercial corporation existing under Dominican law, with corporate domicile in Santo Domingo, at number 9, Jacinto Mañón street, Ensanche Paraíso, national taxpayers' registry number 1-30-42850-6, mercantile registry number 5422950, represented by its managers, **SIMEÓN RAFAEL GARCÍA RODRÍGUEZ**, a Dominican citizen, of legal age, the bearer of identity and electoral card number 402-3623476-7, domiciled at Winston Churchill Avenue, Torre Acrópolis Center, 14th floor, Ensanche Piantini, National District, Dominican Republic, represented pursuant to the power of attorney attached hereto by Mr. **VÍCTOR ANTONIO CASADO**, a Venezuelan citizen, of legal age, the bearer of passport number 073879411, with its corporate domicile located at Winston Churchill Avenue, Torre Acrópolis Center, 14th floor, in this city, pursuant to the power of attorney attached hereto, hereinafter referred to **by its full name**;----------------------------------------------------------

## PREAMBLE:

**WHEREAS CLAUSE 1:**   **THE PARTY OF THE FIRST PART** is the owner of the share coupons [*sic*] that will be set forth below which constitute the corporate stock of the commercial corporation **CONSTRUCTORA SAICORP, S.R.L.**, a commercial corporation duly incorporated pursuant to the laws of the Dominican Republic, with a corporate stock of fifteen million Dominican pesos (DR$ 15,000,000.00) whose stockholders at their last general meeting established the following as owners of the share coupons: (a) the company **TUQUI TUQUI DOMINICANA, S.R.L.**, with one hundred forty-nine thousand nine hundred and ninety-nine (149,999) share coupons, and (b) **SIMEÓN RAFAEL GARCÍA RODRÍGUEZ** with one (1) share coupon.--------------------------------------------------------------------------------------------

**WHEREAS CLAUSE 2:**   The entity **SEGUROS CONSTITUCIÓN, S.A.**, documents its stockholding in the entity **CONSTRUCTORA SAICORP, S.R.L.**, with [the minutes of] the Special Meeting of the General Board of Stockholders held on the twentieth (20th) day of December, two thousand and thirteen (2013) and the PAYMENT IN KIND AGREEMENT of even date, signed by and between Mr. OMAR FARÍAS LUCES and CONSTRUCTORA OFL RD, establishing the sale of 979,529 share coupons in favor of the entity SEGUROS CONSTITUCIÓN, S.A., which share coupons constitute the corporate stock of **SEGUROS CONSTITUCIÓN, S.A., WHICH AGREEMENT IS TRANSCRIBED NEXT *IN EXTENSO*:** "**AGREEMENT FOR THE PAYMENT IN KIND OF CORPORATE SHARES BETWEEN: 1) OMAR FARÍAS LUCES**, of legal age, a Venezuelan citizen, domiciled in and residing at Tamaco Ave., Torre Nord, floor PH-1, El Rosal, State of Miranda, Caracas, Bolivarian Republic of Venezuela, accidentally in this city of Santo Domingo, the bearer of passport number 005880296; **2) CORPORACIÓN OFL RD, formerly known as WIN ENTERPRISES LIMITED**, a commercial corporation incorporated pursuant to the laws of British Anguilla on February 27, 2007, with its corporate domiciled located at number 20, Av. Sarasota, Torre Empresarial AIRD, 5th floor, Santo Domingo, Dominican Republic, duly represented by its director, Mr. **OMAR FARÍAS LUCES**, both of whom shall be referred to hereinafter by their own names or as **THE PARTY OF THE FIRST PART**; and **SEGUROS CONSTITUCIÓN, S.A.**, a commercial corporation incorporated under the laws of the Dominican Republic, with number 101097868, with its corporate domicile located at number 55, Seminario street, Ensanche Piantini, Santo Domingo, Dominican Republic, duly represented by its executive vice president, Mr. **JUAN JOSÉ GUERRERO GRILLASCA**, a Dominican citizen, of legal age, a married man, the bearer of identity and electoral card number 001-0161210-09, domiciled in and a resident of this city of Santo Domingo, both of whom shall, for the legal purposes and consequences of the present proceeding, be referred to by their own names or as **THE PARTY OF THE SECOND PART**. PREAMBLE. WHEREAS: THE PARTY OF THE FIRST PART maintains at the present time an outstanding debt payable to the **PARTY OF THE SECOND PART** and, therefore, wishes to pay in kind with the shares of stock it owns in the company **CONSTRUCTORA SAICORP, S.R.L.** WHEREAS: THE PURCHASER has represented [its] acceptance of the present payment in kind; WHEREAS: and in the understanding that the foregoing preamble is an integral part of the present proceedings, **THE PARTIES HAVE AGREED UPON AND COVENANTED THE FOLLOWING:** FIRST: At the present time,

2

the **PARTY OF THE FIRST PART** maintains an outstanding debt payable to the **PARTY OF THE SECOND PART** totaling **EIGHTY-NINE MILLION EIGHT HUNDRED SIXTY-TWO THOUSAND SEVENTY AND 04/100 DOMINICAN PESOS  (DR $89,862,070.04).** **SECOND: THE PARTY OF THE FIRST PART** hereby freely and voluntarily, with all guarantees under the law and with no impediment at all, assigns as payment in kind in favor of the **PARTY OF THE SECOND PART**, which accepts them, **NINE HUNDRED SEVENTY-NINE THOUSAND FIVE HUNDRED AND TWENTY-NINE  (979,529) CORPORATE SHARES** underwritten and paid in by **THE PARTY OF THE FIRST PART**, which are part of the underwritten and paid-in stock of the company **CONSTRUCTORA SAICORP, S.R.L.**, pursuant to the roster and status of payments of said company's corporate shares, as follows:  1) **OMAR FARÍAS LUCES** transfers to **SEGUROS CONSTITUCIÓN, S.A.**, **nine hundred seventy-nine thousand four hundred and fifty-five (979,455) corporate shares;** 2) **CORPORACIÓN OFL RD transfers to SEGUROS CONSTITUCIÓN, S.A.,  seventy-four (74) corporate shares; THIRD: THE PARTY OF THE FIRST PART** declares knowing the actual situation of said company and for this reason it waives making any manner of claims against the **PARTY OF THE SECOND PART** and discharges it of any and all liabilities except as regards violations of the obligations, declarations, and guarantees contemplated in the present proceeding; **FOURTH**: Upon the signing of the present Agreement, **THE PARTY OF THE FIRST PART** delivers to **THE PARTY OF THE SECOND PART, which represents having received them, the certificates, duly endorsed, that represent the assigned shares**.  The signing of the present agreement serves as the declaration of transfer of the shares by **THE PARTY OF THE SECOND PART**, for the purposes and consequences of Article 36 of the Commerce Code of the Dominican Republic.  Consequently, **THE PARTY OF THE SECOND PART** does hereby authorize canceling the endorsed certificates and issuing, in replacement thereof, new certificates in favor of **THE PARTY OF THE FIRST PART**.  **FIFTH:** As pertains to anything not specifically covenanted in the present agreement, the parties refer to Common Law.  DONE AND SIGNED in good faith and voluntarily in three (03) originals of identical tenor and effect, **signed by the parties,** one for each of the contracting parties and one for the files of the company **CONSTRUCTORA SAICORP, S.R.L.**  In the city of Santo Domingo, Dominican Republic, this twentieth (20th) day of the month of December, two thousand and thirteen (2013).  **EXHIBIT DOC. No. 2.**

\*      It is likewise unequivocally established by the general meeting of stockholders held by **CONSTRUCTORA SAICORP, S.R.L.**, and the **ROSTER OF STOCKHOLDERS**, that the ownership of the aforementioned share coupons in favor of **SEGUROS CONSTITUCIÓN, S.A.**, is the amount of 979,529 share coupons, represented by **THE OFFICE OF THE SUPERINTENDENT OF INSURANCE OF THE DOMINICAN REPUBLIC**, which accredits it as the creditor for the payment for the sale of its shares in the amount of EIGHTY-NINE MILLION EIGHT HUNDRED SIXTY-TWO THOUSAND AND SEVENTY DOMINICAN PESOS (DR$89,862,070.00).  **EXHIBIT DOC No. 3--------------------------------**

That out of the sum that was the subject of the stipulated sale of the coupons, payments were made on debts that are reflected in the accounting of SEGUROS CONSTITUCIÓN, S.A., the amount of eighty-nine million eight hundred eighty-two thousand and seventy Dominican pesos (DR$

89,882,070.00) remaining outstanding in its favor after making sundry payments, mostly the releasing of mortgages with **BANCO DE RESERVAS DE LA REPÚBLICA DOMINICANA** [Reserve Bank of the Dominican Republic]. **EXHIBIT DOC No. 4.**--------------------------------

**WHEREAS CLAUSE 2** [*sic*]:     **THE PARTY OF THE FIRST PARTY** acquired all of the corporate shares of the corporation **CONSTRUCTORA SAICORP, S.R.L.**, pursuant to the sale made by (a) **CORPORACIÓN OFL RD, INC.**, a commercial corporation duly incorporated under the laws of the British Virgin Islands, mercantile registry number 63827SD, national taxpayers registry number 1-30-55664-4, domiciled at Avenida Sarasota number 20, Torre Empresarial AIRD, Ensanche La Julia, Santo Domingo, Dominican Republic, duly represented by Mr. **OMAR GUSTAVO FARÍAS PACHECO**, a Venezuelan citizen, of legal age, the bearer of passport number 081259113, domiciled in Calle Seminario number 56, Ensanche Pianatini, Santo Domingo, Dominican Republic; b) Mr. **OMAR JESÚS FARÍAS LUCES**, a Venezuelan citizen, of legal age, the bearer of passport number 120490668, domicile at Calle Seminario number 56, Ensanche Pianatini, Santo Domingo, Dominican Republic, for the amount of DR $15,000,000.00 (FIFTEEN MILLION).-------------------------------------------------------------------------------------

**WHEREAS CLAUSE 3:**     The Chamber of Commerce and Production of Santo Domingo has ascertained the existence of an agreement dated June 13, 2016, by and between the company **TUQUI TUQUI DOMINICANA, S.R.L.**, as the owner of the share coupons acquired pursuant to the agreement dated July 28, 2016, for 149,999 share coupons that are part of the corporate stock of the company **CONSTRUCTORA SAICORP, S.R.L.** EXHIBIT DOC No. 5-------------

**WHEREAS CLAUSE 4:**     Subsequently, at the Special Meeting of the General Board of Stockholders of April 4, 2017, upon the presence of the stockholders being established and verified, there appear in the capacity of stockholders of CONSTRUCTORA SAICORP, S.A.: 1. the entity TUQUI TUQUI DOMINICANA, S.R.L., and Mr. SIMEÓN RAFAEL GARCÍA RODRÍGUEZ.-----------------------------------------------------------------------------------------------

**WHEREAS CLAUSE 5.**     The company **TUQUI TUQUI DOMINICANA, S.R.L.**, has put up for sale the share coupons it owns in **CONSTRUCTORA SAICORP, S.R.L.**, [and] likewise, Mr. **SIMEÓN RAFAEL GARCÍA RODRÍGUEZ has represented his irrevocable decision to sell all of his share coupons, said requests having been made to the management of the company** by mail (EXHIBIT DOC No. 6), as provided by the law on commercial corporations and the by-laws of the aforementioned company.-----------------------------------------------------------------

**WHEREAS CLAUSE 6.**     The aforesaid share coupons were not the subject of a request to buy them by the stockholders of the entity **CONSTRUCTORA SAICORP, S.R.L.**, it was offered to Mr. **JOSÉ FÉLIX CABRERA**, who represented his desire to buy them at the price and according to the conditions stipulated and established in the present agreement. EXHIBIT DOC No. 7------

**WHEREAS CLAUSE 7.**     The corporate stock of the company **CONSTRUCTORA SAICORP, S.R.L.**, represented by its share coupons that are being transferred to Mr. **JOSÉ**

4

**FÉLIX CABRERA**, which comprise the following items of real and personal property: EXHIBIT DOC No. 8-------------------------------------------------------------------------------------------------

1) Functional unit 301, identified as 400423206022:301, registration 0100249384, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.61% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-03-001, located on level 03 of block 01, intended as COMMERCIAL PREMISES, with an area of 152.97 square meters, an OWN SECTOR, identified as SP-00-M3-004, located on level M3, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M3-005, located on level M3, intended for PARKING, with an area of 11.50 square meters.

2) Functional unit 401, identified as 40042306022:401, registration 0100249385, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.98% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-04-001, located on level 04 of block 01, intended as COMMERCIAL PREMISES, with an area of 160.08 square meters, an OWN SECTOR, identified as SP-00-M3-015, located on level M3, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-016, located on level M3, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M3-017, located on level M3, intended for PARKING, with an area of 11.50 square meters.

3) Functional unit 402, identified as 40042306022:402, registration 0100249386, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.93% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-04-002, located on level 04 of block 01, intended as COMMERCIAL PREMISES, with an area of 166.21 square meters, an OWN SECTOR, identified as SP-00-M3-012, located on level M3, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-013, located on level M3, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M3-014, located on level M3, intended for PARKING, with an area of 11.50 square meters.

4) Functional unit 501, identified as 40042306022:501, registration 0100249387, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 4.08% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-05-001, located on level 05 of block 01, intended as COMMERCIAL PREMISES, with an area of 172.87 square meters, an OWN SECTOR, identified as SP-00-M3-021, located on level M3, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-022, located on level M3, intended for PARKING, with an area of 11.50

square meters, and an OWN SECTOR, identified as SP-00-M3-023, located on level M3, intended for PARKING, with an area of 11.50 square meters.

5) Functional unit 502, identified as 40042306022:502, registration 0100249388, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.81% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-05-002, located on level 05 of block 01, intended as COMMERCIAL PREMISES, with an area of 161.07 square meters, an OWN SECTOR, identified as SP-00-M3-018, located on level M3, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-019, located on level M3, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M3-020, located on level M3, intended for PARKING, with an area of 11.50 square meters.

6) Functional unit 601, identified as 40042306022:601, registration 0100249389, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.78% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-06-001, located on level 06 of block 01, intended as COMMERCIAL PREMISES, with an area of 118.22 square meters, an OWN SECTOR, identified as SP-00-M3-027, located on level M3, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-028, located on level M3, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M3-029, located on level M3, intended for PARKING, with an area of 11.50 square meters.

7) Functional unit 602, identified as 40042306022:602, registration 0100249390, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.55% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-06-002, located on level 06 of block 01, intended as COMMERCIAL PREMISES, with an area of 108.40 square meters, an OWN SECTOR, identified as SP-00-M2-014, located on level M2, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M2-015, located on level M2, intended for PARKING, with an area of 11.50 square meters.

8) Functional unit 603, identified as 40042306022:603, registration 0100249391, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.47% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-06-003, located on level 06 of block 01, intended as COMMERCIAL PREMISES, with an area of 147.07 square meters, an OWN SECTOR, identified as SP-00-M3-001, located on level M3, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-002, located on level M3, intended for PARKING, with an area of 11.50

square meters, and an OWN SECTOR, identified as SP-00-M3-003, located on level M3, intended for PARKING, with an area of 11.50 square meters.

9) Functional unit 701, identified as 40042306022:701, registration 010024992, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.78% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-07-001, located on level 07 of block 01, intended as COMMERCIAL PREMISES, with an area of 118.22 square meters, an OWN SECTOR, identified as SP-00-M2-011, located on level M2, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-012, located on level M2, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M2-013, located on level M2, intended for PARKING, with an area of 11.50 square meters.

10) Functional unit 702, identified as 40042306022:702, registration 0100249393, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.55% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-07-002, located on level 07 of block 01, intended as COMMERCIAL PREMISES, with an area of 108.40 square meters, an OWN SECTOR, identified as SP-00-M2-009, located on level M2, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M2-010, located on level M2, intended for PARKING, with an area of 11.50 square meters.

11) Functional unit 703, identified as 40042306022:703, registration 0100249394, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.47% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-07-003, located on level 07 of block 01, intended as COMMERCIAL PREMISES, with an area of 147.07 square meters, an OWN SECTOR, identified as SP-00-M3-024, located on level M3, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-025, located on level M3, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M3-026, located on level M3, intended for PARKING, with an area of 11.50 square meters.

12) Functional unit 801, identified as 40042306022:801, registration 0100249395, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.78% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-08-001, located on level 08 of block 01, intended as COMMERCIAL PREMISES, with an area of 118.22 square meters, an OWN SECTOR, identified as SP-00-M3-009, located on level M3, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-010, located on level M3, intended for PARKING, with an area of 11.50

square meters, and an OWN SECTOR, identified as SP-00-M3-011, located on level M3, intended for PARKING, with an area of 11.50 square meters.

13) Functional unit 802, identified as 40042306022:802, registration 0100249396, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.55% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-08-002, located on level 08 of block 01, intended as COMMERCIAL PREMISES, with an area of 108.22 square meters, an OWN SECTOR, identified as SP-00-M2-016, located on level M2, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M2-017, located on level M2, intended for PARKING, with an area of 11.50 square meters.

14) Functional unit 803, identified as 40042306022:803, registration 0100249397, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.47% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-08-003, located on level 08 of block 01, intended as COMMERCIAL PREMISES, with an area of 147.07 square meters, an OWN SECTOR, identified as SP-00-M3-006, located on level M3, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M3-007, located on level M3, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M3-008, located on level M3, intended for PARKING, with an area of 11.50 square meters.

15) Functional unit 901, identified as 40042306022:901, registration 0100249398, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.78% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-09-001, located on level 09 of block 01, intended as COMMERCIAL PREMISES, with an area of 118.22 square meters, an OWN SECTOR, identified as SP-00-M2-006, located on level M2, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M2-007, located on level M2, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M2-008, located on level M2, intended for PARKING, with an area of 11.50 square meters.

16) Functional unit 902, identified as 40042306022:902, registration 0100249399, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.55% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-09-002, located on level 09 of block 01, intended as COMMERCIAL PREMISES, with an area of 108.40 square meters, an OWN SECTOR, identified as SP-00-M2-021, located on level M2, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M2-022, located on level M2, intended for PARKING, with an area of 11.50 square meters.

8

17) Functional unit 903, identified as 40042306022:903, registration 0100249400, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.47% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-09-003, located on level 09 of block 01, intended as COMMERCIAL PREMISES, with an area of 147.07 square meters, an OWN SECTOR, identified as SP-00-M2-018, located on level M2, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M2-019, located on level M2, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M2-020, located on level M2, intended for PARKING, with an area of 11.50 square meters.

18) Functional unit 1001, identified as 40042306022:1001, registration 0100249401, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.78% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-010-001, located on level 010 of block 01, intended as COMMERCIAL PREMISES, with an area of 118.22 square meters, an OWN SECTOR, identified as SP-00-M2-001, located on level M2, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M2-002, located on level M2, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M2-003, located on level M2, intended for PARKING, with an area of 11.50 square meters.

19) Functional unit 1002, identified as 40042306022:1002, registration 0100249402, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.55% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-10-002, located on level 10 of block 01, intended as COMMERCIAL PREMISES, with an area of 108.40 square meters, an OWN SECTOR, identified as SP-00-M2-004, located on level M2, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M2-006, located on level M2, intended for PARKING, with an area of 11.50 square meters.

20) Functional unit 1003, identified as 40042306022:1003, registration 0100249402 [sic], of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.47% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-10-003, located on level 10 of block 01, intended as COMMERCIAL PREMISES, with an area of 147.07 square meters, an OWN SECTOR, identified as SP-00-M1-018, located on level M1, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M1-019, located on level M1, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M1-020, located on level M1, intended for PARKING, with an area of 11.50 square meters.

21) Functional unit 1101, identified as 40042306022:1101, registration 0100249404, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.78% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-11-001, located on level 11 of block 01, intended as COMMERCIAL PREMISES, with an area of 118.22 square meters, an OWN SECTOR, identified as SP-00-M1-001, located on level M1, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M1-002, located on level M1, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M1-003, located on level M1, intended for PARKING, with an area of 11.50 square meters.

22) Functional unit 1102, identified as 40042306022:1102, registration 0100249405, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.55% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-11-002, located on level 11 of block 01, intended as COMMERCIAL PREMISES, with an area of 108.40 square meters, an OWN SECTOR, identified as SP-00-M1-004, located on level M1, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M1-005, located on level M1, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M1-022, located on level M1, intended for PARKING, with an area of 11.50 square meters.

23) Functional unit 1103, identified as 40042306022:1103, registration 0100249406, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.47% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-11-003, located on level 11 of block 01, intended as COMMERCIAL PREMISES, with an area of 147.07 square meters, an OWN SECTOR, identified as SP-00-M1-016, located on level M1, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M1-017, located on level M1, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M1-021, located on level M1, intended for PARKING, with an area of 11.50 square meters.

24) Functional unit 1201, identified as 40042306022:1201, registration 0100249407, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.78% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-12-001, located on level 12 of block 01, intended as COMMERCIAL PREMISES, with an area of 118.22 square meters, an OWN SECTOR, identified as SP-00-M1-006, located on level M1, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M1-007, located on level M1, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M1-008, located on level M1, intended for PARKING, with an area of 11.50 square meters.

25) Functional unit 1202, identified as 40042306022:1202, registration 0100249408, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 2.55% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-12-002, located on level 12 of block 01, intended as COMMERCIAL PREMISES, with an area of 108.40 square meters, an OWN SECTOR, identified as SP-00-M1-009, located on level M1, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M1-010, located on level M1, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M1-011, located on level M1, intended for PARKING, with an area of 11.50 square meters.

26) Functional unit 1203, identified as 40042306022:1203, registration 0100249409, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 3.47% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-01-12-003, located on level 12 of block 01, intended as COMMERCIAL PREMISES, with an area of 147.07 square meters, an OWN SECTOR, identified as SP-00-M1-012, located on level M1, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-M1-013, located on level M1, intended for PARKING, with an area of 11.50 square meters, and an OWN SECTOR, identified as SP-00-M1-014, located on level M1, intended for PARKING, with an area of 11.50 square meters.

27) Functional unit R1, identified as 40042306022:R1, registration 0100249410, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 12.16% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-00-01-001, located on level 01, intended as a PARK, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-002, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-003, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-004, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-005, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-006, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-007, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-008, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-009, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-0010, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-011, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-012, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-013, located on level 01, intended for

PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-014, located on level 01, intended for PARKING, with an area of 11.50 square meters, an EXCLUSIVE USE SECTOR, identified as SE-01-02-001, located on level 02 of block 01, intended as a TERRACE, with an area of 164.25 [square meters], an EXCLUSIVE USE COMMON SECTOR, identified as SE-01-02-002, located on level 02 of block 01, intended as a TERRACE, with an area of 25.50 square meters, and an OWN SECTOR, identified as SP-01-02-001, located on level 02 of block 01, intended as a RESTAURANT, with an area of 325.44 square meters.

28) Functional unit R2, identified as 40042306022:R2, registration 0100249411, of the TORRE CONSTITUCIÓN condominium, located in the National District, with a 6.832% partition percentage with one (1) vote in meetings of the General Assembly of Condominium Units, comprising one OWN SECTOR, identified as SP-00-01-003, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-004, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-005, located on level 01, intended for PARKING, with an area of 11.50 square meters, an OWN SECTOR, identified as SP-00-01-006, located on level 01, intended for PARKING, with an area of 11.50 square meters, an EXCLUSIVE USE SECTOR, identified as SE-01-13-001, located on level 13 of block 01, intended as a TERRACE, with an area of 92.71 square meters, and an OWN SECTOR, identified as SE-01-01-006, located on level 01, intended as a GYMNASIUM, with an area of 195.04 square meters.

**WHEREAS CLAUSE 8:** The **PARTY OF THE SECOND PART** has represented to the **PARTY OF THE FIRST PART** its interest in acquiring all of the personal property of **CONSTRUCTORA SAICORP, S.R.L.**, and, in addition, has represented to the **PARTY OF THE FIRST PART** and to the **PARTY OF THE THIRD PART** its interest in paying off any debts said corporation may have vis-à-vis the **Office of the Superintendent of Insurance of the Dominican Republic** in its aforesaid capacity for the reasons previously set forth in these whereas clauses,------------------------------------------------------------------------------------------------

## NOW, THEREFORE, THE PARTIES HAVE AGREED UPON AND COVENANTED THE PRESENT AGREEMENT FOR THE SALE OF SHARE COUPONS AND OTHER PURPOSES:

**FIRST: OBJECT OF THE SALE AGREEMENT**

The company **TUQUI TUQUI DOMINICANA, S.R.L.**, and Mr. **SIMEÓN RAFAEL GARCÍA RODRÍGUEZ** do hereby sell, assign, and transfer, with all guarantees of law and with no impediment whatsoever, free of burdens and liens, with no lawsuits or debts of any kind, the **SHARE COUPONS** set forth in detail below, in favor of Mr. **JOSÉ FÉLIX CABRERA CASTILLO**, who accepts them, which share coupons belong to the company CONSTRUCTORA SAICORP, S.R.L., and represent all of the shares thereof.

**PARAGRAPH I.**  The parties have agreed that the aforesaid share coupons of the company **CONSTRUCTORA SAICORP, S.R.L.**, have been duly endorsed in favor of Mr. **JOSÉ FÉLIX CABRERA CASTILLO** in order that the aforesaid company **CONSTRUCTORA SAICORP, S.R.L.**, may proceed to effectuate the transfer in favor of the buyer and notify the Office of the Director General of Internal Taxes (DGII) and the chamber of commerce and production of the transfer of the share coupons in the following manner:

| SELLERS | BUYERS | CORPORATE SHARES |
|---|---|---|
| 1. TUQUI TUQUI DOMINICANA, S.R.L. | JOSÉ FÉLIX CASTILLO CABRERA | 149,999 |
| 2. SIMEÓN RAFAEL GARCÍA RODRÍGUEZ | JOSÉ FÉLIX CASTILLO CABRERA | 1 |
| TOTAL: | | DR $15,000,000.00 |

the value of which is established in the present agreement in the amount of US $3,500,000.00.

**SECOND:**  The company **SEGUROS CONSTITUCIÓN, S.A.**, declares its express consent to the above-referenced transfer of the aforesaid share coupons in favor of Mr. **JOSÉ FÉLIX CASTILLO CABRERA**, which share coupons make up the corporate stock of the entity **CONSTRUCTORA SAICORP, S.R.L.**, Mr. **JOSÉ FÉLIX CASTILLO CABRERA** and **CONSTRUCTORA SAICORP, S.R.L.**, undertaking to pay the debt, with all the consequences it implies, in the amount of US $1,500,000.00 (one million five hundred thousand dollars) or the equivalent thereof in Dominican pesos, which sum has been abated by SEGUROS CONSTITUCIÓN, S.A., pursuant to the current valuation of the share coupons and the real property that make up the corporate stock of **CONSTRUCTORA SAICORP, S.R.L.**, attached hereto.------------------------------------------------------------------------------------------------

**PARAGRAPH II. CONSTRUCTORA SAICORP, S.R.L.** declares that it accepts the payment of the sum owed to the company **SEGUROS CONSTITUCIÓN, S.A.**, in case that Mr. **JOSÉ FÉLIX CABRERA CASTILLO** should fail to honor his obligations, becoming a jointly and severally liable guarantor of said debt with all the consequences said guarantee implies.----------------------------------

**SECOND** [*sic*]: **Sale Price**.  The **PARTY OF THE SECOND PART**, Mr. **JOSÉ FÉLIX CABRERA CASTILLO**, shall pay the **PARTY OF THE FIRST PART** in the following manner:

a)  The **PARTY OF THE SECOND PART** shall pay directly to the **PARTY OF THE FIRST PART** the sum of **ONE MILLION DOLLARS OF THE UNITED STATES OF AMERICA (US $1,000,000.00)** or the equivalent thereof in Dominican pesos upon the signing of the present agreement, extending to the **PARTY OF THE SECOND PART** a formal payment receipt and release and with no need for a new receipt.--------------------------------------------------------------

b)  The **PARTY OF THE SECOND PART** shall pay directly to the **PARTY OF THE FIRST PART** the sum of ONE MILLION DOLLARS OF THE UNITED STATES OF AMERICA (US $1,000,000.00) or the equivalent thereof in Dominican pesos within the term of seven (7) months as of the signing of the present agreement.--------------------------------------------------------------

13

c) The **PARTY OF THE SECOND PART** shall pay directly to the **OFFICE OF THE SUPERINTENDENT OF INSURANCE OF THE DOMINICAN REPUBLIC** the sum of FIVE HUNDRED THOUSAND DOLLARS OF THE UNITED STATES OF AMERICA (US $500,000.00) or the equivalent thereof in Dominican pesos upon the signing of the present agreement, extending to the **PARTY OF THE THIRD PART** a formal payment receipt and release and with no need for a new receipt.----------------------------------------------------------------

d) The **PARTY OF THE SECOND PART** shall pay directly to the **PARTY OF THE THIRD PART** the sum of ONE MILLION DOLLARS OF THE UNITED STATES OF AMERICA (US $1,000,000.00) or the equivalent thereof in Dominican pesos in monthly installments or in its entirety no later than the first (1st) day of October, two thousand and eighteen (2018). --------------

**PARAGRAPH 1.** In case that the **PARTY OF THE SECOND PART** should fail to honor its payment obligations on the date agreed upon, it undertakes to pay as late penalty, **TWO PER CENT (2%)** per month on the sums owed until they are satisfied, without this representing a waiver by the **PARTY OF THE FIRST PART** [of the right to] exercise or require foreclosure or performance of the other conditions covenanted at the present proceeding.----------------------------

**PARAGRAPH 2.** It is expressly agreed upon by and between the parties that until such time as the sale price has been paid in full, the **PARTY OF THE SECOND PART** may not assign or convey to third parties the rights the present agreement confers upon it.------------------------------

**PARAGRAPH 3.** As a consequence of the previous paragraph, the **PARTY OF THE SECOND PART** acknowledges and accepts that the **PARTY OF THE FIRST PART** may, at its discretion, file and notice oppositions to the transfer of corporate shares with the Chamber of Commerce and the Office of the Director General of Internal Taxes and any other governmental authority if the **PARTY OF THE SECOND PART** has not honored the payment obligations it assumed under the present agreement upon the expiration of the term of seven months from the signing of the aforesaid agreement.---------------------------------------------------------------------------

**PARAGRAPH 4.** The **PARTY OF THE SECOND PART** undertakes to sign a notarial promissory note in favor of the **PARTY OF THE FIRST PART** in order to guarantee its payment obligation accepted pursuant to this article which shall mature after the seven-month term established for the payment of its obligations.--------------------------------------------------------

**THIRD:** Upon the signing of the present agreement, the **PARTY OF THE FIRST PART** and **CONSTRUCTORA SAICORP, S.R.L.**, undertake to deliver the following documents to the **PARTY OF THE SECOND PART**:

a)   The property deeds reflecting the rights to each real property.

b)   A certificate issued by the Office of the Director General of Internal Taxes (DGII) showing the sums outstanding for taxes on assets or any other asset that must be paid by

**CONSTRUCTORIA SAICORP, S.R.L.**, as the result of its operations or the ownership of the aforementioned real properties [*sic*]. Which, under the above-referenced agreement shall be released in their entirety, the managers involved and the PARTY OF THE FIRST PART, who undertakes to make full payment of said taxes, being answerable therefor.

c)      Mortgages release agreement.

d)      Certificates by the Property Deeds Registrar reflecting the by-laws of the real properties.

e)      Receipts showing that CONSTRUCTORA SAICORP, S.A., is up to date on the payment of utilities – electricity, waste collection, water, telephone, and all other utilities.

f)      Blueprints [plans] and authorization issued by governmental institutes.

g)      [Minutes of] meetings of the General Board, by-laws, offers to sell share coupons, and any other documents required by Revenue during the last ten years.

**FOURTH:** The **PARTY OF THE SECOND PART** acknowledges and accepts that the real properties described in the present agreement have first mortgages recorded in favor of Banco de Reservas de la República Dominicana, and, in this regard, it acknowledges and accepts that, upon the signing of the present agreement, the **PARTY OF THE FIRST PART** shall deliver the respective documents reflecting the constitution of the mortgages.---------------------------------------

**FIFTH:** The parties have agreed that, with the sale of the corporate shares in favor of the **PARTY OF THE SECOND PART**, all of the rights, of whatever nature, which said corporate shares may have generated or might generate at any time, whether past, present or future, including dividends, reserves accumulated prior to the date of this agreement or at any other time, regardless of their nature, are transferred to the **PARTY OF THE SECOND PART**.-------------------------------------

**SIXTH:** The parties acknowledge and accept that **CONSTRUCTORA SAICORP, S.R.L.**, is a limited liability corporation under the Law of Corporations of the Dominican Republic, Law No. 479-08, and that, therefore, it requires two stockholders. In this regard, the **PARTY OF THE SECOND PART** undertakes to produce a second person, whether physical or legal, so that it may appear as the second acquirer of the corporate shares of **CONSTRUCTORA SAICORP, S.R.L.**, and the latter may comply with the provisions of the aforementioned Law of Corporations.--------

**SEVENTH: Commitment to sell**. The **PARTY OF THE FIRST PART** undertakes not to agree, covenant, offer, or negotiate the sale with any other interested party as of the signing of the present agreement until such time as it pays the debts entered into with the **PARTY OF THE FIRST PART** [*sic*] and with **SEGUROS CONSTITUCIÓN, S.A.**, so as to safeguard the rights covenanted therein in favor of the **PARTY OF THE SECOND PART**, except for those measures to be taken with a banking institution in order to release the debts contracted for, and they are authorized to do so for those purposes.-----------------------------------------------------------------------

**EIGHTH: Delivery of documents.**  The parties shall provide one another all documents and information that may be necessary to formalize and successfully conclude the proceedings related to the properties involved in this transaction, and undertake to provide all that are necessary.------

**NINTH: Scope of the negotiation.**  The parties are agreed that the present document is binding between them in all negotiations carried out and to be carried out in order to attain the purpose of the present document, and this implies the applicable legal liabilities in case that it should be defaulted on without justification.------------------------------------------------------------------------

**TENTH: Conflict resolution.**  The parties refer to Common Law for the interpretation and resolution of any conflict resulting from the performance or non-performance of the present Agreement.------------------------------------------------------------------------------------------------

**ELEVENTH: Taxes, expenses, and fees.**  All taxes on the transfer of the real properties involved in the present operation shall be borne by Mr. **JOSÉ FÉLIX CABRERA CASTILLO**; however, taxes and debts existing prior to this agreement in connection with the company **CONSTRUCTORA SAICORP, S.R.L.**, and those of **TUQUI TUQUI DOMINICANA, S.R.L.**, shall be covered by these entities. The fees of attorneys and designated consultants are covered by each contracting party, which waives any claim in this regard AGAINST THE OTHERS.------

It is established and so assumed by the **PARTY OF THE FIRST PART** that the entity **CONSTRUCTORA SAICORP, S.R.L.**, shows no debts at all, whether labor-related or bank-related, etc., and that if any should exist, Mr. **JOSÉ FÉLIX CABRERA CASTILLO** shall proceed to deduct it from the amount owed him by the **PARTY OF THE FIRST PART**.---------

**TWELFTH: Election of domicile.**  The parties elect their domicile for all purposes and consequences of this proceeding as has been established in the preamble to the present agreement.-

**THIRTEENTH: Sole agreement.**  This agreement constitutes the sole Contract or binding covenant between the parties with respect to the transaction contemplated therein and shall imperatively survive any verbal or written negotiations, declarations, or events of any nature previous thereto.-------------------------------------------------------------------------------------------

**FOURTEENTH: Severability of clauses.**  If, for any reason, any of the clauses of this agreement should be proved to be partially or wholly null, said nullity shall affect only that part of such clause that is being annulled, and in all other aspects this agreement shall be considered as if said null clause had never been agreed upon and no other clause of this agreement shall be affected, annulled or prejudiced.-----------------------------------------------------------------------------------------

**FIFTEENTH: No waiver.**  The fact that one of the parties should fail to timely exercise an action contemplated in this agreement at the appropriate moment does not constitute a waiver of the future exercise of said right or action, unless it were an instance to which the statute of limitations is applicable.-------------------------------------------------------------------------------------------------

**SIXTEEENTH: The parties declare and acknowledge that the individuals who act in representation of them** have been duly authorized by the competent corporate bodies of the respective companies to execute the present agreement and to assume on their behalf the obligations and commitments contemplated therein.-------------------------------------------------------

**DONE AND SIGNED IN GOOD FAITH** in three (3) originals of identical tenor and effect in Santo Domingo, Dominican Republic, this third (3rd) day of the month of October, two thousand and seventeen (2017).-------------------------------------------------------------------------------------

[Seal:]
TUQUI TUQUI DOMINICANA, S.R.L.
SANTO DOMINGO, D.R.

### THE PARTY OF THE FIRST PART

[Illegible signature]                              [Illegible signature]

**TUQUI TUQUI DOMINICANA, S.R.L.**     **SIMEÓN RAFAEL GARCÍA RODRÍGUEZ**
**Duly represented by**                        **Duly represented by**
**VÍCTOR ANTONIO CASADO SALICETTI**    **VÍCTOR ANTONIO CASADO SALICETTI**

### THE PARTY OF THE SECOND PART

[signed:] José F. Cabrera
**JOSÉ FÉLIX CABRERA CASTILLO**

[Seal:]                                         [Seal:]
OFFICE OF THE SUPERINTENDENT OF INSURANCE     CONSTRUCTORA SAICORP, SRL
(Coat of Arms)                                 RNC 130-42850-6
Dominican Republic                             Dom. Rep.

### THE PARTY OF THE THIRD PART

**OFFICE OF THE SUPERINTENDENT OF INSURANCE OF THE DOMINICAN REPUBLIC**
**Duly represented by**
~~EUCLIDES GUTIÉRREZ FÉLIX~~

[Illegible signature]

[Illegible signature]

**CONSTRUCTORA SAICORP, S.R.L.**
**Duly represented by**

**SIMEÓN RAFAEL GARCÍA RODRÍGUEZ**
**VÍCTOR ANTONIO CASADO SALICETTI**

17

I, **RAFAEL ACOSTA CABRAL**, a notary in and for the National District, registration number 178 of the College of Notaries of the Dominican Republic, **CERTIFY:** that the foregoing signatures were voluntarily affixed in my presence by Messrs. **VÍCTOR ANTONIO CASADO SALICETTI, SIMEÓN RAFAEL GARCÍA RODRÍGUEZ, JOSÉ FÉLIX CABRERA CASTILLO,** and **EUCLIDES GUTIÉRREZ FÉLIX,** whose personal data and capacities are set forth in the above document, which individuals have declared to me that those signatures are the ones they customarily use in all their acts.  In Santo Domingo, Dominican Republic, this third (3rd) day of the month of October, two thousand and seventeen (2017).-------------------------------------

[Seal:]
Rafael Acosta Cabral
Attorney-at-Law * Notary
(Coat of Arms)
Santo Domingo, D.R.
[Illegible]

[Illegible signature]
**RAFAEL ACOSTA CABRAL**
**Notary Public**

18

**LOPEZ AND DURAN**
**INTERPRETING AND TRANSLATING**
740 Malaga Avenue, Coral Gables, Florida  33134
Tel.: (305) 443-3432

CERTIFICATE OF ACCURACY

STATE OF FLORIDA )
                 ) SS.
COUNTY OF DADE   )

Before me, a notary public in and for the State of Florida at large, appears Nelson Duran, Ph.D., who is personally  known to me, a certified court interpreter, qualified by the Administrative Office of the United States Courts, for and on behalf of Lopez and Duran Interpreting and Translating, who, after being duly sworn, deposes and says that he is fully versed in the Spanish and the English languages, and that the foregoing is a true and correct translation of the attached document consisting of _eighteen (18)_ pages, and that this is the last of the attached.

Nelson Duran, Ph.D.

Sworn to and subscribed this _eleventh_ day of _July_, 20 _18_.

Armando Escoto
Notary Public,
State of Florida at Large

My commission expires:

ARMANDO M. ESCOTO
MY COMMISSION # GG 078721
EXPIRES: June 24, 2021
Bonded Thru Notary Public Underwriters

The utmost care has been taken to ensure the accuracy of all translations.  Lopez and Duran Interpreting and Translating and its employees shall not be liable for any damages due to negligence or error in typing or translation.

<u>**CONTRATO DE COMPRA-VENTA DE CUOTAS SOCIALES Y OTROS FINES:**</u>

ENTRE: De una parte, A) **TUQUI TUQUI DOMINICANA, S.R.L.,** sociedad comercial debidamente constituida de conformidad con las leyes de la República Dominicana, registro mercantil número 105871SD, registro nacional de contribuyentes número 1-31-12805-1, con domicilio en la Avenida Winston Churchill, Torre Acrópolis Center, Piso 14, Ensanche Piantini, Santo Domingo, República Dominicana, debidamente representadas por sus gerentes, **SR. VÍCTOR ANTONIO CASADO SALICETTI,** venezolano, mayor de edad, titular del pasaporte número 07387941, domiciliado y residente en Santo Domingo, República Dominicana; y el **SR. SIMEÓN RAFAEL GARCÍA RODRÍGUEZ,** quien actúa por sí y en su calidad de gerente de la referida empresa, dominicano, mayor de edad, portador de la cédula de identidad y electoral No.402-3623476-7, domiciliado en Santo Domingo , República Dominicana, debidamente representado, conforme a poder en favor del señor **VÍCTOR ANTONIO CASADO SALICETTI,** otorgado en fecha cuatro (4) de septiembre del año dos mil dieciseite (2017), a quienes en lo adelante del presente acto se le denominará como, **LA PRIMERA PARTE** o por sus nombres completos;--------------

De la otra parte, b) el señor **JOSÉ FÉLIX CABRERA CASTILLO,** estadounidense, mayor de edad, casado, titular del pasaporte número 104125495, domiciliado y residente en los Estados Unidos, y transitoriamente en Santo Domingo, República Dominicana, quien en lo adelante del presente acto se le denominará como, **LA SEGUNDA PARTE** o por su nombre completo;-----------------

De la otra parte, c) **LA SUPERINTENDENCIA DE SEGUROS DE LA REPÚBLICA DOMINICANA,** creada por Ley 400, del nueve (9) de enero del año 1969, y modificada por la Ley 146-02 sobre Seguros y Fianzas de la República Dominicana, debidamente representada por el señor **EUCLIDES GUTIÉRREZ FÉLIX,** dominicano, mayor de edad, titular de la cédula de identidad y electoral número 001-0167020-6, domiciliado y residente en Santo Domingo, República Dominicana, institución que actúa en su calidad de liquidador y guardián de la entidad **SEGUROS CONSTITUCIÓN, S.A.,** conforme a la Resolución Número 001-2017, de fecha trece (13) de noviembre del año 2003, y quien en lo que sigue del presente contrato se denominará por su nombre completo;------------------

De otra parte d) **CONSTRUCTORA SAICORP, S.R.L,** Sociedad Comercial y existente conforme a las leyes dominicanas, con su domicilio Social en Santo Domingo, en la calle Jacinto Mañón, número 9, Ensanche Paraíso, con Registro Nacional de contribuyente Numero. 1-30-42850-6 y con un registro mercantil No.5422950, representadas por sus Gerentes, **SIMEON RAFAEL GARCIA RODRÍGUEZ,** nacionalidad dominicano, mayor de edad, Titular de la Cedula de Identidad y Electoral No. 402-3623476-7, con domicilio en la Avenida Winston Churchill, Torre Acrópolis Center,piso 14 , Ensanche Piantini, Distrito Nacional, República Dominicana , representado conforme a poder anexo, por el Señor **VICTOR ANTONIO CASADO,** venezolano titular del pasaporte No.073879411, con domicilio social en la Avenida Winston Churchill, Torre Acrópolis Center, piso 14, de esta ciudad, conforme a poder anexo quien en lo que sigue en el presente contrato se denominaran por su nombre completo; --------------------

**PREAMBULO:**

**POR CUANTO 1: LA PRIMERA PARTE,** es propietaria de los cupones de Acciones de acciones que se detallan posteriormente, y que componen el capital social de la sociedad comercial **CONSTRUCTORA SAICORP, S.R.L.,** sociedad comercial debidamente constituida de conformidad con las leyes de la República Dominicana, con un capital social de Quince millones de pesos dominicanos (RD$: 15, 000,000.00) cuyos socios conforme a su última asamblea establecen como

propietarios de los cupones de acciones : a)  La  empresa **TUQUI TUQUI
DOMNINICANA, S.R.L,** con ciento cuarenta y nueve mil novecientos noventa y
nueve cupones de acciones (149,999) cupones de acciones y **SIMEON RAFAEL
GARCIA RODRIGUEZ** con un cupón de acciones (1). ------------------------

**POR CUANTO 2:**La Entidad **SEGUROS CONSTITUCIÓN S.A,** justifica su
participación accionaria en la entidad **CONSTRUCTORA SAICORP, SRL,** mediante
asamblea GENERAL EXTRAORDINARIA de fecha veinte (20 ) de diciembre del
año 2013,  Y DEL CONTRATO DE DACION EN PAGO, de esa misma fecha,
suscrito entre el señor OMAR FARIAS LUCES Y LA CONSTRUCTORA OFL RD,
donde se establece la venta de  979,529 Cupones de acciones  en favor de la
entidad SEGUROS CONSTITUCION S.A, los cuales componen el Capital Social de
la **CONSTRUCTORA SAICORP S.R.L.   CONTRATO QUE SE COPIA IN-
EXTENSO A CONTINUACION:** ------------------------------------------------
" CONTRATO DE DACION EN PAGO DE CUOTAS SOCIALES ENTRE: 1) OMAR
**FARIAS LUCES,** mayor de edad, venezolano, domiciliado y residente en la Av.
Tamaco, Torre Nord, Piso PH-1,El Rosal, Estado Miranda, Caracas, República
Bolivariana de Venezuela, y accidentalmente en esta Ciudad de Santo Domingo,
portador del Pasaporte No.005880296;   2)**CORPORACION OFL RD,**
anteriormente denominada **WIN ENTERPRISES LIMITED,** Sociedad Comercial
constituida conforme a las leyes de Anguila Británica, incorporada en fecha 27 de
febrero del 2007, con domicilio social en la Av. Sarasota No.20, Torre Empresarial
AIRD, 5to Piso, la julia, Santo Domingo, República Dominicana, debidamente
representada por su director el señor **OMAR FARIAS LUCES,** quienes se
denominaran por su propios nombres o como **LA  PRIMERA PARTE;**Y de otra
parte; SEGUROS CONSTITUCION, S.A Sociedad de comercio constituida según
las leyes de la Republica Dominicana, de No.101097868, con su domicilio Social en
la Calle Seminario No.55, Ensanche Piantini, Santo Domingo, República
Dominicana, debidamente representada por su Vicepresidente Ejecutivo el Señor
**JUAN JOSE GUERRERO GRILLASCA,** dominicano, mayor de edad, casado,
portador de la Cédula de Identidad y Electoral No.001-0161210-09, domiciliado y
residente en esta Ciudad de Santo Domingo, quienes para los fines y consecuencias
legales del presente acto se denominaran por sus propios nombres o como la
SEGUNDA PARTE.**PREAMBULO:**POR CUANTO: LA PRIMERA PARTE en la
actualidad mantiene una deuda pendiente de pago con la SEGUNDA PARTE y por
tanto  desea otorgar en pago Acciones que posee en la Compañía
**CONSTRUCTORA SAICORP SRL. POR CUANTO: LA COMPRADORA** ha
manifestado aceptación a la presente transición de dación de pago; POR CUANTO:
y en el entendido de que el anterior preámbulo forma parte integral del presente
acto; **LAS PARTES HAN CONVENCIDO Y PACTADO LO SIGUIENTE: PRIMERO:**
LA PRIMERA PARTE en la actualidad mantiene una deuda pendiente de pago con
la SEGUNDA PARTE ascendente a la suma de OCHENTA Y NUEVE MILLONES,
**OCHOCIENTOS SESENTA Y DOS MIL SETENTA PESOS CON 00/24 (RD$89,**
862,070.04).**SEGUNDO: LA PRIMERA PARTE** por medio del presente documento
cede en dación en pago, libre y voluntariamente, con todas las garantías de derecho
y sin impedimento alguno, a favor de la SEGUNDA PARTE, quien acepta
**NOVECIENTOS SETENTA Y NUEVE MIL QUINIENTOS VEINTINUEVE (979,529)
CUOTAS SOCIALES** suscritas y pagadas por LA PRIMERA PARTE, las cuales
forman parte del Capital Suscrito y Pagado de la compañía **CONSTRUCTORA
SAICORP S.R.L.** Conforme a la lista y Estado de los Pagos de las cuotas sociales
de dicha Compañía, de la forma siguiente: 1) OMAR FARIAS LUCES transfiere a
**SEGUROS CONSTITUCION S.A** 979,455 cuotas Sociales; 2) CORPORACION
OFL RD  transfiere a SEGUROS CONSTITUCION S.A 74 cuotas Sociales;
**TERCERO: LA PRIMERA PARTE** declara conocer la situación real de dicha
Sociedad, por lo cual renunciaran a realizar cualquier tipo de reclamos en contra de
**LA SEGUNDA PARTE** y los descargan de cualquier responsabilidad salvo por
violación a las obligaciones, declaraciones y garantías previstas en el presente acto

**CUARTO:** A la suscripción del presente Contrato, **LA PRIMERA PARTE** entrega a **LA SEGUNDA PARTE**, quienes declaran haberlos recibido, los certificados que representan las cuotas cedidas debidamente endosadas. La firma del presente contrato vale declaración de transferencia de las Cuotas por parte de **LA SEGUNDA PARTE**, a los fines y consecuencias del Articulo 36 del Código de Comercio de la República Dominicana. En consecuencia, **LA SEGUNDA PARTE** autorizan por medio del presente contrato cancelar los Certificados endosados y expedir en sustitución de los mismos nuevos certificados a favor de **LA PRIMERA PARTE. QUINTO:** Para todo lo no expresamente pactado en el presente contrato, las partes se remiten al Derecho Común. HECHO Y FIRMADO de buena fe y voluntariamente en tres (03) originales de un mismo tenor y efecto, uno para cada una de las partes contratantes y otro para el archivo de la compañia **CONSTRUCTORA SAICORP, S.R.L.**, firmados por las partes. En la Ciudad de Santo Domingo, República Dominicana a los VEINTE (20) dias del Mes de DICIEMBRE del año DOS MIL TRECE (2013). ANEXO DE DOC NO. 2

* Así mismo se establece por La Asamblea celebrada por **LA CONSTRUCTORA SAICORP S.R.L, Y LA NOMINA DE LOS SOCIOS**, de manera inequivoca que la propiedad de los referidos cupones de acciones en favor de **SEGUROS CONSTITUCION S.A**, son por un monto de 979,529, de cupones de acciones, representada por la **SUPERINTENDENCIA DE SEGUROS DE LA REPUBLICA DOMINICANA.**, que la acredita como acreedora por concepto del pago de la venta de sus cupones de acciones ,por un monto de OCHENTA Y NUEVE MILLONES OCHOCIENTO SESENTA Y DOS MIL SETENTA PESOS DOMINICACOS (RD$89,862,070.00). ANEXO DOC NO.3. ─────────

Que de la suma objeto de la venta de los cupones de acciones estipulada se efectuaron pagos sobre acreencias que reflejan la contabilidad de SEGUROS CONSTITUCION S A., quedando pendiente en su favor la cantidad de RD$ 89,862,070.00 luego haber efectuados pago diversos, principalmente la liberación de hipotecas con el **BANCO DE RESERVAS DE LA REPUBLICA DOMINICANA.** ANEXO DOC NO.4. ─────────

**POR CUANTO 2:** A que **LA PRIMERA PARTE** adquirió la totalidad de las cuotas sociales de la sociedad **CONSTRUCTORA SAICORP, S.R.L.**, por venta efectuada por (a) los señores **CORPORATION OFL RD INC.**, sociedad comercial debidamente constituida de conformidad con las leyes de la de las Islas Vírgenes Británicas, registro mercantil número 63827SD, registro nacional de contribuyentes número 1-30-55664-4, con domicilio en la Avenida Sarasota No. 20, Torre Empresarial AIRD, Ensanche La Julia, Santo Domingo, República Dominicana, debidamente representada por el señor **OMAR GUSTAVO FARÍAS PACHECO**, venezolano, mayor de edad, portador del pasaporte No.081259113, domiciliado en la calle Seminario No. 55, Ensanche Piantini, Santo Domingo, República Dominicana; b) el señor **OMAR JESÚS FARIAS LUCES**, venezolano, mayor de edad, portador del pasaporte No.120490668, domiciliado en la calle Seminario No. 55, Ensanche Piantini, Santo Domingo, República Dominicana, por valor de RD$ 15,000,000.00 (QUINCE MILLONES ).─────────

**POR CUANTO 3:** La Cámara de Comercio y Producción de Santo Domingo, constata la existencia de un contrato del 13 de Junio del 2016 entre la Empresa **TUQUI TUQUI DOMINICANA S.R.L**, como propietaria de los cupones de Acciones adquiridos mediante contrato de fecha 28 de julio del año 2016, por la cantidad de 149,999 cupones de acciones que forman parte del capital social de la empresa **CONSTRUCTORA SAICORP S.R.L**, según ANEXO DOC. NO.5





**POR CUANTO 4:** A que posteriormente por Asamblea extraordinaria de fecha 4 de abril del año 2017, al establecerse la presencia de los socios que verifica la misma concurren en calidad de accionistas de la entidad CONSTRUCTORA SAICORP.S.A. 1- la entidad TUQUI TUQUI DOMINICNA SRL, Y EL SEÑOR SIMEON RAFAEL GERCIA RODRIQUEZ ------

**POR CUANTO 5:** A que la Empresa TUQUI TUQUI DOMNICANA SRL, ha puesto en venta los cupones de acciones que es propietaria en la CONSTRUCTORA SAICORP S.R.L, así mismo el Señor SIMEON RAFAEL GARCIA RODRIGUEZ, manifestando su decisión irrevocable de vender la totalidad de sus cupones de acciones, efectuándose tales peticiones a la gerencia de la empresa mediante correspondencia, ( ANEXO DOC NO.6) y en cumplimiento con la ley sobre sociedades de comercio así como los propios estatutos de la indicada empresa.------

**POR CUANTO 6:** A que no siendo objeto de solicitud de compra de los referidos cupones de acciones por los socios de la entidad CONSTRUCTORA SAICORP S.R.L, fue ofertada a el Sr. JOSE FELIX CABRERA, quien manifestó su deseo de comprarla en el precio y condiciones estipuladas y que se encuentran establecidas en el presente acuerdo. ANEXO DOC NO. 7.------

**POR CUANTO 7:** A que el capital social de la compañía CONSTRUCTORA SAICORP S.R.L cuyas cupones de acciones que representan el capital social son transferidos al Señor JOSE FELIX CABRERA, y que los mismos están integrados por los bienes inmuebles y mueble siguientes: ANEXO DOC NO.8------

1) La unidad funcional 301, identificada como 400423206022:301, matrícula 0100249384, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.61% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-03-001, ubicado en el nivel 03, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 152.97 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-004, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M3-005, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados.

2) La unidad funcional 401, identificada como 400423206022:401, matrícula 0100249385, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.98% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-04-001, ubicado en el nivel 04, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 180.08 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-015, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-016, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M3-017, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados.

3) La unidad funcional 402, identificada como 400423206022:402, matrícula 0100249386, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.93% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-04-002, ubicado en el nivel 04, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 166.21 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-012, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR

PROPIO, identificado como SP-00-M3-013, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M3-014, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

4) La unidad funcional 501, identificada como 400423206022:501, matrícula 0100249387, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 4.08% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-05-001, ubicado en el nivel 05, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 172.87 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-021, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-022, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M3-023, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

5) La unidad funcional 502, identificada como 400423206022:502, matrícula 0100249388, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.81% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-05-002, ubicado en el nivel 05, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 161.07 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-018, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-019, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M3-020, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

6) La unidad funcional 601, identificada como 400423206022:601, matrícula 0100249389, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.78% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-06-001, ubicado en el nivel 06, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 118.22 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-027, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-028, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M3-029, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

7) La unidad funcional 602, identificada como 400423206022:602, matrícula 0100249390, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.55% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-06-002, ubicado en el nivel 06, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 108.40 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-014, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-015, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

8) La unidad funcional 603, identificada como 400423206022:603, matrícula 0100249391, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.47% con 1 votos de asamblea

de condominios, conformada por un SECTOR PROPIO, identificado SP-01-08-003, ubicado en el nivel 08, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 147.07 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-001, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-002, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M3-003, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

9) La unidad funcional 701, identificada como 400423206022:701, matrícula 010024992, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.78% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-07-001, ubicado en el nivel 07, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 118.22 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-011, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-012, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M3-013, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

10) La unidad funcional 702, identificada como 400423206022:702, matrícula 0100249393, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.55% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-07-002, ubicado en el nivel 07, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 108.40 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-009, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-010, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

11) La unidad funcional 703, identificada como 400423206022:703, matrícula 0100249394, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.47% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-07-003, ubicado en el nivel 07, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 147.07 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-024, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-025, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M3-026, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

12) La unidad funcional 801, identificada como 400423206022:801, matrícula 0100249395, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.78% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-08-001, ubicado en el nivel 08, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 118.22 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-009, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-010, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR

6

PROPIO, identificado como SP-00-M3-011, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

13) La unidad funcional 802, identificada como 400423206022:802, matrícula 0100249396, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.55% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-08-002, ubicado en el nivel 08, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 108.22 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-016, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-017, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

14) La unidad funcional 803, identificada como 400423206022:803, matrícula 0100249397, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.47% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-08-003, ubicado en el nivel 08, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 147.07 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-006, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M3-007, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, y un SECTOR PROPIO, identificado como SP-00-M3-008, ubicado en el nivel M3, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

15) La unidad funcional 901, identificada como 400423206022:901, matrícula 0100249398, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.78% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-09-001, ubicado en el nivel 09, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 118.22 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-006, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-007, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M2-008, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados.

16) La unidad funcional 902, identificada como 400423206022:902, matrícula 0100249399, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.55% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-09-002, ubicado en el nivel 06, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 108.40 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-021, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-022, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados.

17) La unidad funcional 903, identificada como 400423206022:903, matrícula 0100249400, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.47% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-09-003, ubicado en el nivel 06, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 147.07 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-018, ubicado en el nivel M2, destinado

a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-019, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M2-020, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados.

18) La unidad funcional 1001, identificada como 400423206022:1001, matrícula 0100249401, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.78% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-10-003, ubicado en el nivel 10, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 118.22 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-001, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-002, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M2-003, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados.

19) La unidad funcional 1002, identificada como 400423206022:1002, matrícula 0100249402, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.55% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-10-002, ubicado en el nivel 10, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 108.40 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-004, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M2-006, ubicado en el nivel M2, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

20) La unidad funcional 1003, identificada como 400423206022:1003, matrícula 0100249402, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.47% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-10-003, ubicado en el nivel 10, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 147.07 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-018, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-019, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M1-020, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

21) La unidad funcional 1101, identificada como 400423206022:1101, matrícula 0100249404, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.78% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-11-001, ubicado en el nivel 11, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 118.22 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-001, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-002, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M1-003, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

22) La unidad funcional 1102, identificada como 400423206022:1102, matrícula 0100249405, del condominio TORRE CONSTITUCION, ubicada en Distrito

8

Nacional, con un porcentaje de partición del 2.55% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-11-002, ubicado en el nivel 11, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 108.40 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-004, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-005, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M1-022, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

23) La unidad funcional 1103, identificada como 400423206022:1103, matrícula 0100249406, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.47% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-11-003, ubicado en el nivel 11, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 147.07 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-016, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-017, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M1-021, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

24) La unidad funcional 1201, identificada como 400423206022:1201, matrícula 0100249407, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.78% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-12-001, ubicado en el nivel 12, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 118.22 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-006, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-007, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M1-008, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

25) La unidad funcional 1202, identificada como 400423206022:1202, matrícula 0100249408, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 2.55% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-12-002, ubicado en el nivel 12, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 108.40 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-009, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-010, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M1-011, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

26) La unidad funcional 1203, identificada como 400423206022:1203, matrícula 0100249409, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 3.47% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-01-12-003, ubicado en el nivel 12, del bloque 01, destinado a LOCAL COMERCIAL, con una superficie de 147.07 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-M1-012, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR

PROPIO, identificado como SP-00-M1-013, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados y un SECTOR PROPIO, identificado como SP-00-M1-014, ubicado en el nivel M1, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados;

27) La unidad funcional R1, identificada como 400423206022:R1, matrícula 0100249410, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 12.16% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-00-01-001, ubicado en el nivel 01, destinado a PARQUE con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-002, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-007, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-008, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-009, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-010, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-011, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-012, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-013, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-014, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, UN SECTRO DE USO EXCLUSIVO, identificado como SE-01-02-001, ubicado en el nivel 02, del bloque 01, destinado a TERRAZA, con una superficie de 164.25, un SECTOR COMUN DE USO EXCLUSIVO, identificado como SE-01-02-002, ubicado en el nivel 02 del bloque 01, destinado a TERRAZA , con una superficie de 25.50 metros cuadrados, y un SECTOR PROPIO , identificado como SP-01-02-001, ubicado en el nivel 02, del bloque 01, destinado a RESTAURANTE, con una superficie de 325.44 metros cuadrados;

28) La unidad funcional R2, identificada como 400423206022:R2, matrícula 0100249411, del condominio TORRE CONSTITUCION, ubicada en Distrito Nacional, con un porcentaje de partición del 6.832% con 1 votos de asamblea de condominios, conformada por un SECTOR PROPIO, identificado SP-00-01-003, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-004, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-005, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, un SECTOR PROPIO, identificado como SP-00-01-006, ubicado en el nivel 01, destinado a PARQUEO, con una superficie de 11.50 metros cuadrados, UN SECTRO DE USO EXCLUSIVO, identificado como SE-01-13-001, ubicado en el nivel 13, del bloque 01, destinado a TERRAZA, con una superficie de 92.71 metros cuadrados y un SECTOR PROPIO identificado como SE-01-13-001, ubicado en el nivel 13, del bloque 01, destinado a GIMNASIO, con una superficie de 195.04 metros cuadrados.

POR CUANTO 8: LA SEGUNDA PARTE le ha expresado su interés a LA PRIMERA PARTE en adquirir la totalidad de lo bienes muebles de CONSTRUCTORA SAICORP, S.R.L., y a su vez, ha manifestado su interés tanto a LA PRIMERA PARTE, y la LA TERCERA PARTE, de saldar cualquier deuda que

dicha sociedad pueda tener frente a la **Superintendencia de Seguros de la República Dominicana** en su calidad expresada por las razones antes expuestas en éste preámbulo.————————————————————————————

## LAS PARTES SE HA CONVENIDO Y PACTADO EL PRESENTE CONTRATO DE VENTA DE CUPONES ACCIONES Y OTROS FINES :

**PRIMERO: OBJETO DEL CONTRATO DE VENTA**

La Empresa **TUQUI TUQUI DOMINICANA S.R.L** y el Señor **SIMEON RAFAEL GARCIA RODRIGUEZ**, por medio del presente contrato venden, ceden y transfieren con todas las garantías de derecho y sin impedimento alguno, libres de cargas y gravamen, sin pleitos ni deudas de ninguna índole, los **CUPONES DE ACCIONES** que se detallan a continuación, en favor del señor **JOSE FELIX CABRERA CASTILLO**, quien lo acepta, pertenecientes a la empresa **CONSTRUCTORA SAICORP S.R.L.** y que representan la totalidad de sus acciones.

**PARRAFO I:** Las partes han convenido que los referidos cupones de acciones de la empresa **CONSTRUCTORA SAICORP S.R.L**, ha sido debidamente endosados en favor del Sr. **JOSE FELIX CABRERA CASTILLO** a los fines de que la referida sociedad **CONSTRUCTORA SAICORP S.R.L**, proceda a efectuar la transferencia en favor del comprador y notifique a la Dirección General de Impuestos Internos (DGII) y a la cámara de comercio y producción la transferencia de los cupones de acciones en la forma siguiente:————————————————————

| VENDEDORES: | COMPRADORES | CUOTA SOCIAL |
|---|---|---|
| 1.   TUQUI TUQUI DOMINICANA S.R.L | JOSE FELIX CABRERA CASTILLO | 149,999 |
| 2.   SAIMEON RAFAEL GARCIA RODRIGUEZ | JOSE FELIX CABRERA CASTILLO | 1 |
| TOTAL: | ——————————————— | |
| RD$15,000.000.00 | | |

Cuyo valor está establecido en el presente acuerdo por el monto de US$3,500,000.00 dólares

**SEGUNDO:** La empresa **SEGUROS CONSTITUCION S.A** declara su consentimiento expreso, sobre la referida transferencia de los referidos cupones de Acciones, a favor del **SR.JOSE FELIX CABRERA CASTILLO**, cupones que forman el Capital Social de la entidad **CONSTRUCTORA SAICORP S.R.L**, comprometiéndose el señor **JOSE FELIX CARERA CASTILLO**, y la **CONSTRUCTORA SAICORP SRL**, al pago de la deuda con todas las consecuencias que implica por el valor de U$: 1,500.000.00 ( con un millón, quinientos mil dólares ), o su equivalente en pesos dominicanos, suma que ha sido disminuida por SEGUROS CONSTITUCION S. A., atendiendo la evaluación de los cupones de acciones actualmente y los bienes inmuebles que componen el capital social de la **CONSTRUCTORA SAIRCOP S.R.L** los cuales se anexan.———————

**PARRAFO II:** La **CONSTRUCTORA SAIRCOP, S.R.L**, declara que acepta el pago de la suma adeudada a la empresa **SEGUROS CONSTITUCIÓN** en caso de que el Señor **JOSE FELIX CABRERA CASTILLO** no cumpla con sus obligaciones convirtiéndose en garante solidario de la referida deuda con todas las consecuencias que dicha garantía implica.————————————————

**SEGUNDO: Precio de la venta. LA SEGUNDA PARTE**, señor **JOSE FELIX CABRERA CASTILLO**, pagara a LA PRIMERA PARTE, en la forma siguiente:

a) **LA SEGUNDA PARTE**, pagará directamente a LA PRIMERA PARTE la suma de UN MILLON DE DOLARES DE LOS ESTADOS UNIDOS DE AMERICA

11

(USD$1, 000,000.00) a la firma del presente acto o su equivalente en pesos dominicanos, otorgándole formal recibo de pago y finiquitico a la **SEGUNDA PARTE** y sin necesidad de un nuevo recibo. -------------------------------------

b) **LA SEGUNDA PARTE**, pagará directamente a **LA PRIMERA PARTE** la suma de UN MILLON DE DOLARES DE LOS ESTADOS UNIDOS DE AMERICA (USD$1, 000,000.00), o el equivalente en pesos dominicanos,  en un plazo de siete (7) meses a partir de la firma del presente acuerdo. ------------------------------------

c) **LA SEGUNDA PARTE**, pagará directamente a **SUPERINTENDENCIA DE SEGUROS DE LA REPUBLICA DOMINICANA** la suma de QUINIENTOS MIL DOLARES DE LOS ESTADOS UNIDOS DE AMERICA (USD$500,000.00), a la firma del presente acuerdo o su equivalente en pesos dominicanos, otorgándole formal recibo de pago, finiquito a la **TERCERA PARTE** y sin necesidad de un nuevo recibo.-----------------------------------------------------------------------------------

d) **LA SEGUNDA PARTE**, pagará directamente a **LA TERCERA PARTE** la suma de UN MILLON DE DOLARES DE LOS ESTADOS UNIDOS DE AMERICA (USD$1,000,000.00), o su equivalente en pesos dominicanos  en porciones mensuales, o en su totalidad, a más tardar el día primero (1ro) de octubre del año dos mil dieciocho (2018).--------------------------------------------------------------

**PARRAFO 1:** En caso de que **LA SEGUNDA PARTE** no cumpla con sus obligaciones de pago en la fecha acordada, esta se obliga a pagar por concepto de mora el DOS POR CIENTO (2%) mensual sobre las sumas adeudadas hasta tanto las mismas no sean cubiertas, sin que esto represente una renuncia por parte de **LA PRIMERA PARTE** de ejercer o requerir la ejecución de las demás vías o condiciones pactadas en el presente acto.--------------------------------------------------

**PARRAFO 2:** Se conviene expresamente entre las partes que hasta tanto no haya sido saldado el precio de venta, **LA SEGUNDA PARTE** no podrá ceder o traspasar a terceros los derechos que le confiere el presente contrato.-----------------------------

**PARRAFO 3:** Como consecuencia del párrafo anterior, **LA SEGUNDA PARTE**, reconoce y acepta que **LA PRIMERA PARTE**, podrá, a su libre decisión, presentar y notificar oposiciones de transferencia de cuotas sociales a tanto la Cámara de Comercio, como a la Dirección General de Impuestos Internos, así como a cualquier otra autoridad gubernamental, si **LA SEGUNDA PARTE**  no ha cumplido con sus obligaciones de pago contraídas en el presente acuerdo una vez vencido el plazo de siete meses a partir de la firma del referido acuerdo----------------------------------.

**PARRAFO 4: LA SEGUNDA PARTE**, se compromete a suscribir un pagaré notarial a favor de **LA PRIMERA PARTE**, para garantizar su obligación de pago, aceptada a conformidad con este artículo, cuyo vencimiento tendrá efecto después del plazo de siete meses establecido para el pago de sus obligaciones ,---------------------------

**TERCERO:** A la firma del presente acuerdo, **LA PRIMERA PARTE**,  y la **CONSTRUCTORA SAICORP SRL**, se compromete a entregar a **LA SEGUNDA PARTE**, los siguientes documentos:

a) Los Certificados de Títulos que amparen los derechos sobre cada inmueble.

b) Certificación emitida por la Dirección General de Impuestos Internos (DGII), en la que conste las sumas pendientes de pago correspondientes al impuesto sobre activos o cualquier otro activo que deba pagar **CONSTRUCTORA**

SAICORP, S.R.L., fruto de sus operaciones y de la tenencia de los inmuebles antes mencionados. Los cuales previo a el referido contrato deberán ser liberados en su totalidad respondiendo los gerentes comprometidos así como **LA PRIMERA PARTE** , quien se compromete al pago total de dichos impuestos,

c) Acuerdo de Liberación de Hipotecas.

d) Certificaciones del Registrador de Títulos que determinan los estatutos de los inmuebles .

e) Recibos que demuestran que **CONSTRUCTORA SAICORP S.R.L.**, se encuentra al día en el pago de los servicios de energía eléctrica, basura, agua, teléfonos, y demás servicios.

f) Planos y autorización expedida por los institutos gubernamentales.

g) Asambleas, estatutos, oferta de ventas de cupones de acciones y cualquier otro documento requerido por la renta durante los últimos diez años.

**CUARTO: LA SEGUNDA PARTE**, reconoce y acepta que los inmuebles descritos en el presente contrato, tienen hipotecas en primer rango inscritas a favor del Banco de Reservas de la República Dominicana, y en ese sentido, reconoce y acepta que **LA PRIMERA PARTE**, a la firma del presente contrato, hará la entrega de los respectivos actos de radiación de hipoteca. ———————————————————

**QUINTO: LAS PARTES** han acordado que con la venta de las cuotas sociales a favor de **LA SEGUNDA PARTE**, a ésta última le son transferidos todos los derechos, de cualquier naturaleza, que tales cuotas sociales hayan generado o puedan generar en cualquier tiempo, presente, pasado o futuro, incluyendo, dividendos, reservas acumuladas con anterioridad a la fecha de este contrato, o en cualquier otro momento, sin importar el género de las mismas.———————————

**SEXTO: LAS PARTES** reconocen y aceptan que **CONSTRUCTORA SAICORP, S.R.L.**, es una sociedad de responsabilidad limitada de conformidad con la Ley de Sociedades de la República Dominicana No. 479-08, y que por consiguiente, requiere de dos (2) socios. En ese sentido, **LA SEGUNDA PARTE** se obliga a aportar a una segunda persona física o moral, para que esta figure como el segundo adquiriente de las cuotas sociales de **CONSTRUCTORA SAICORP, S.R.L.**, y la misma pueda cumplir con las disposiciones de la antes mencionada ley de sociedades.————————————————————————————

**SÉPTIMO: Compromiso de venta. LA PRIMERA PARTE** se compromete a no vender, pactar, ofertar o negociar con ningún otro interesado la venta a partir de la suscripción del presente contrato, hasta no efectuar el pago de las deudas contraída, con LAS PRIMERA PARTE, y con SEGURO CONSTITUCION S.A., esto con la finalidad de salvaguardar los derechos pactados en el mismo a favor de **LA SEGUNDA PARTE**, salvo aquellas medidas pendiente a tomar con una Institución Bancaria a los fines de liberar las deudas contractadas, quedando autorizadas para esos fines .————————————————————

**OCTAVO: Entrega de documentos. LAS PARTES** se suministrarán todo los documentos e informaciones que sean necesarios para formalizar y culminar con éxito los trámites referentes a los bienes involucrados en esta transacción y se obligan a suministrar todos los necesarios.————————————

**NOVENO: Alcance de la negociación. LAS PARTES** están de acuerdo en que el presente documento es vinculante entre ellas en todas las negociaciones realizadas y por realizar a fin de culminar con el objeto del presente documento, acarreando consigo las responsabilidades legales correspondientes en caso de ser incumplido injustificadamente.————————————————————————————

**DECIMO: Solución de Conflictos. LAS PARTES** se remiten al Derecho Común para la interpretación y resolución de cualquier conflicto surgido con relación a la ejecución o inejecución del presente Contrato.————————————————

**DECIMO PRIMERO: Impuestos, Gastos y Honorarios.** Todos los impuestos de transferencia de los inmuebles involucrados en la presente operación serán sufragados por el señor **JOSE FELIX CABRERA CASTILLO**, sin embargo los impuestos anteriores y deudas a este acuerdo referentes a la empresa **CONSTRUCTORA SAICORP S.R.L**, y los de **TUQUI TUQUI DOMINICANA S.R.L**, serán cubiertas por estas. Los honorarios de los abogados, así como consultores designados son cubiertos por cada parte contratantes, renunciando a cualquier exigencia en ese sentido FRENTE A LAS OTRAS.————————————————

Queda establecido y así lo asume **LA PRIMERA PARTE** que la entidad **CONSTRUCTORA SAICORP S.R.L.,** no presenta deuda alguna de carácter laboral, ni de carácter Bancario etc., y que si existiera el señor **JOSE FELIX CABRERA CASTILLO** procediera a deducirla de la acreencia que mantiene en la **PRIMERA PARTE.**————————————————————————————

**DECIMO SEGUNDO: Elección de Domicilio.** Para todos los fines y consecuencias de este acto, **LAS PARTES** eligen domicilio conforme se ha identificado en el preámbulo del presente contrato.————————————————————————

**DECIMO TERCERO: Único Acuerdo.** Este acuerdo constituye el único Contrato o pacto vinculante entre **LAS PARTES**, con respecto a la transacción contemplada en el mismo y subsistirá imperativamente, sobre cualquier negociación oral o escrita, declaraciones o hechos de cualquier naturaleza anteriores al mismo.————

**DECIMO CUARTO: Cláusula Nula.** Si alguna de las cláusulas de este Contrato se prueba por algún motivo parcial o totalmente nula, dicha nulidad afectará sólo la parte de dicha cláusula que se anula, y en todos los demás aspectos este contrato se considerará como si dicha cláusula nula no se hubiese convenido y ninguna otra cláusula de este Contrato se verá afectada, anulada o perjudicada.————————

**DECIMO QUINTO: NO RENUNCIA,** En el caso de que una de la partes no ejerza la acción prevista por este Contrato en el momento determinado que corresponda, no implica renuncia al ejercicio de dicho derecho o acción en lo sucesivo, a menos que se trate de un caso de prescripción extintiva contemplado por la ley.————————

**DECIMO SEXTO: Las** partes declaran y reconocen que las personas que actúan en su representación han sido debidamente autorizadas por los órganos corporativos competentes de las sociedades para ejecutar el presente acuerdo y asumir en su representación las obligaciones y compromisos contemplados en el mismo.————————————————————————————————————

**HECHO Y FIRMADO DE BUENA FE** en (3) tres originales de un mismo tenor y efecto, en Santo Domingo, República Dominicana, a los Tres (03) días del mes de Octubre del año Dos Mil Diecisiete (2017).————————————————————

**LA PRIMERA PARTE**

14

**TUQUI TUQUI DOMINICANA, S.R.L.**
Debidamente representada por
**VÍCTOR ANTONIO CASADO SALICETTI**

**SIMEÓN RAFAEL GARCÍA RODRÍGUEZ**
Debidamente representada por
**VÍCTOR ANTONIO CASADO SALICETTI**

LA SEGUNDA PARTE

JOSÉ FÉLIX CABRERA CASTILLO

LA TERCERA PARTE

LA SUPERINTENDENCIA DE SEGUROS DE LA REPÚBLICA DOMINICANA
Debidamente representada por
EUCLIDES GUTIERREZ FÉLIX

**CONSTRUCTORA SAICORP, S.R.L.**
Debidamente representada por
**SIMEON RAFAEL GARCIA RODRIGUEZ,
VÍCTOR ANTONIO CASADO SALICETTI**

YO, **DR. RAFAEL ACOSTA CABRAL**, Notario Público de los del número para el Distrito Nacional, con matrícula del Colegio de Notarios de la República Dominicana número **178. CERTIFICO**: Que las firmas que anteceden fueron puestas voluntariamente en mi presencia por los señores: **VÍCTOR ANTONIO CASADO SALICETTI, SIMEÓN RAFAEL GARCÍA RODRÍGUEZ, JOSÉ FÉLIX CABRERA CASTILLO Y EUCLIDES GUTIERREZ FÉLIX** de generales y calidades que constan en el acto que figura en cabeza, personas que me ha declarado que esas son las firmas que acostumbran a usar en todos sus actos. En Santo Domingo, República Dominicana, a los Tres (03) días del mes de Octubre del año Dos Mil Diecisiete (2017).—————————————————————

**DR. RAFAEL ACOSTA CABRAL**
**Notario Público**

15