# EXHIBIT "B"

**BANRESERVAS**  268126642
El banco de los dominicanos

1710040024002000198
04-10-17     12:03:27

TRANSFERENCIA ENTRE CUENTAS    51CC
CONCEPTO   : 51CC
OFICINA    : OFIC TORRE                      240
CAJERO     : U22573      20    SECUENCIA: 198

CUENTA ORIGEN  : 9600039509
CLIENTE        : PAREATIS S A
COMISION TRANSFERENCIA:          *********0.00**
IMPUESTO 0.15% TRANSF.:          *********0.00**
MONTO DE TRANSACCION  : DOP    ***47,740,000.00**
DESCRIPCION:

CUENTA DESTINO : 3100004940
CLIENTE        : TUQUI TUQUI DOMINICANA, SRL
MONTO TRANSFERIDO  : DOP      ***47,740,000.00**
DESCRIPCION:

FIRMA DEL CAJERO: _____

FIRMA AUTORIZADA: _Carta Anexa_

Original: BanReservas    Copia: Cliente
SU-VAR-125   05-2017   RNC 40101006z   banreservas.com