# EXHIBIT "C"

**LATIN EVENTS LLC**
1390 ST NICHOLAS AVE. 2ND FLR
NEW YORK, NY 10033

1069

1-1357-260

DATE _3 de MAYO 2018_

PAY TO THE ORDER OF _TUQUI TUQUI DOMINICANA, SIMEON GARCIA_ | $ _1,000,000.00_

_XX UN MILLON de DOLAR XX X_ _____ DOLLARS

FOR _PAGO PAGARE No 409 del 3/octubre 2017_

Signature

⑆0001069⑆ ⑆026013576⑆ 15016842161⑆



>066004367<
CNB-Doral
2018-05-21
0140078991
Batch 37166502